IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JIMMY DAREN ALLEN, # 209622, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 2:04cv195-MHT |
| | ) |
| GWENDOLYN MOSLEY, *et al.*, | ) |
| | ) |
|     Defendants. | ) |

**ORDER**

On 12 April 2006, the Magistrate Judge filed a Recommendation (Doc. #59) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED that the Recommendation be and is hereby ADOPTED and that this case be and is hereby DISMISSED without prejudice for failure of the plaintiff to prosecute this action and his failure to comply with the orders of this court.

Done this the 17th day of May, 2006.

                                                 /s/   Myron H. Thompson
                                        UNITED STATES DISTRICT JUDGE